Case 3:14-cv-01140-EMC   Document 33   Filed 12/01/14   Page 1 of 2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES B. HARDING CONSTRUCTION, INC., A Suspended California Corporation,<br><br>Defendant.<br>_____/ | No. C-14-1140 EMC<br><br>**ORDER REGARDING SUPPLEMENTAL BRIEFING REGARDING ATTORNEYS' FEES** |

Plaintiffs filed suit against Defendant Charles B. Harding Construction, Inc., a suspended California corporation, asserting claims pursuant to the Employee Retirement Income Security Act, 29 U.S.C. § 1132, and the Labor Management Relations Act, 29 U.S.C. § 185. Docket No. 1. (Complaint). After Defendant failed to respond to Plaintiffs' complaint, default was entered against Defendant on July 14, 2014. *See* Docket No. 20. Plaintiffs thereafter moved for default judgment on September 11, 2014. *See* Docket No. 24.

In its motion for default judgment, Plaintiffs request $12,427.50 in attorneys' fees. While Plaintiffs' declaration in support of this request indicates that an exhibit "showing work done by Plaintiffs' counsel is attached hereto," the attachment does not actually show any of the work done by Plaintiffs' lawyers. *See* Docket No. 25 at ¶ 5, Ex. A. Rather, it simply lists the total number of hours worked by each legal professional without any explanation or detail. *Id.* This Court cannot rule on the Plaintiffs' request for fees without reviewing contemporaneous time sheets (or other

appropriate documentation) detailing what work was performed by which professionals.[1]

Accordingly, the Court hereby **ORDERS** Plaintiffs to submit all evidence supporting its request for attorneys' fees by **Thursday, December 4, 2014.**

Plaintiffs shall serve a copy of this order on Defendant within three days of this Order. Plaintiffs shall also serve a copy of their supplemental evidence on Defendant at the same time they file this information with the Court.

IT IS SO ORDERED.

Dated: December 1, 2014

_____
EDWARD M. CHEN
United States District Judge

---

[1] Counsel is advised to review its submission in a similar case, *Board of Trustees v. Montes Bros. Construction*, No. C-14-1324 EMC, and specifically Exhibit A to Docket No. 19, where more fulsome attorney time sheets were provided to this Court.

2